FILED

JUL 0 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:08-cr-137 AWI |
| Plaintiff, | ) |
| v. | ) MOTION TO UNSEAL INDICTMENT; AND<br>) ORDER |
| ALEJANDRO GARCIA, | ) |
| Defendant. | ) |
| | ) |

The United States of America, by and through Lawrence G.

Brown, Acting United States Attorney, and Kimberly A. Sanchez,

Assistant United States Attorney, hereby moves that the Indictment

in this case be unsealed and made public record as to ALEJANDRO

GARCIA only and that a redacted Indictment be provided as to the

named defendant.


Dated: July 7, 2009

_____
KIMBERLY A. SANCHEZ
Assistant U. S. Attorney


IT IS SO ORDERED.

DATED: July 7, 2009

_____
DENNIS L. BECK
United States Magistrate Judge


1