LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**
JUL 07 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cr-137 AWI |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| ALEJANDRO GARCIA, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record as to ALEJANDRO GARCIA only and that a redacted Indictment be provided as to the named defendant.

Dated: July 7, 2009

_____
KIMBERLY A. SANCHEZ
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: July 7, 2009

_____
DENNIS L. BECK
United States Magistrate Judge

1